

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

| | |
|---|---|
| Defendant: | **Schneider National, Inc.** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

Transfers During Preference Period and Post Petition

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| **Preference Period Transfer(s)** | | | | | | | |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113334 | $219,482.00 | 3/24/2023 | 60406328 | 12/20/2022 | $219,482.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113396 | $219,482.00 | 4/3/2023 | 60828385 | 1/25/2023 | $219,482.00 |
| **2 Preference Period transfer(s), $438,964.00** | | | | | | | |
| **Post Petition Transfer(s)** | | | | | | | |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113890 | $444,254.44 | 5/15/2023 | 61470606 | 3/17/2023 | $219,482.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113890 | $444,254.44 | 5/15/2023 | 61227579 | 2/25/2023 | $640.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113890 | $444,254.44 | 5/15/2023 | 61113661 | 2/17/2023 | $219,482.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113890 | $444,254.44 | 5/15/2023 | 60512899 | 12/30/2022 | $4,650.44 |
| **1 Post Petition transfer(s), $444,254.44** | | | | | | | |

Totals: 3 transfer(s), $883,218.44